IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **SHIHAB M. DIAIS AND** § | |
| **KHAWLA A. DIAIS,** § | |
| *Plaintiffs,* § | |
| § | |
| **V.** § | **CASE NO. NO: 7:20-CV-00008-DC** |
| § | |
| **LIBERTY MUTUAL INSURANCE** § | |
| **COMPANY AND GEORGE** § | |
| **CLIFTON CLINTON JR.,** § | |
| *Defendants.* § | |
| § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Shihab M. Diais and Khawala A. Dias, file this Notice of Settlement and respectfully notify the Court that the parties have agreed to settle the dispute at issue in this case. The parties' agreement is subject to the negotiation and preparation of a mutually agreeable settlement agreement and release, which they anticipate will be finalized and appropriate dismissal documents submitted to the court within sixty (60) days.

Respectfully Submitted,

CHAD T WILSON LAW FIRM PLLC

By: */s/ Patrick C. McGinnis*

Chad T. Wilson
Texas Bar No. 24079587
Patrick C. McGinnis
Texas Bar No. 13631900
455 East Medical Center Blvd, Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137

eservice@cwilsonlaw.com
cwilson@cwilsonlaw.com
pmcginnis@cwilsonlaw.com

## CERTIFICATE OF CONFERENCE

I certify that June 14, 2021 I conferred with counsel for Defendants and Defendant agree to this Notice.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of *Notice of Settlement* has been sent to counsel of record by certified U.S. Mail, facsimile, hand delivery, or electronic service on this 14th day of June, 2021:

*Via Electronic Service:*
**RAY | PENA | McCHRISTIAN, P.C.**
**Daniel H. Hernandez**
State Bar No. 09515685
dhernandez@raylaw.com
**Aldo R. Lopez**
State Bar No. 24060185
alopez@raylaw.com
5880 Cromo Drive
El Paso, Texas 79912
(915) 832-7220 Phone
(915) 832-7333 Facsimile
Attorneys for Defendants


                              */s/ Patrick C. McGinnis*
                              Patrick C. McGinnis