# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **SHIHAB M. DIAIS, ET AL.,** § | |
| *Plaintiffs,* § | |
| § | |
| v. § | NO. MO:20-CV-00008 |
| § | |
| **LIBERTY MUTUAL INSURANCE** § | |
| **COMPANY, ET AL.,** § | |
| *Defendants.* § | |

## ORDER

The Court has been notified the above styled case has settled, pursuant to the Plaintiffs' Notice of Settlement (Doc. 33) filed June 14, 2021.

Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case is ordered to file the papers necessary to dismiss this action on or before **SIXTY (60)** days from the docketing of this Order.

It is further **ORDERED** the Final Pretrial Hearing and Jury Selection/Trial are **VACATED**.

All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 15th day of June, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE